**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Calvin Angelo COWARD, Defendant–**
**Appellant.**

**No. 01–6019.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 27, 2001.

Decided April 17, 2001.

Calvin Angelo Coward, pro se. Jerri Ulrica Dunston, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Calvin Angelo Coward appeals from the district court's order denying his motion to file a belated notice of appeal in his criminal case. We have reviewed the district court's order and find no reversible error. Although the district court erroneously analyzed Coward's motion under Fed. R.App.P. 4(a) (addressing the appeal periods in civil cases), its ultimate conclusion that it lacked the authority to extend the appeal period was correct. *See* Fed. R.App.P. 4(b)(1), (4) (allowing the district

---

**116**

court to extend the ten-day criminal appeal period by an additional thirty days). Accordingly, we affirm the district court's order on other grounds. *See United States v. Coward*, No. CR–90–52–4–H (E.D.N.C. Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court, and argument would not aid the decisional process.

*AFFIRMED ON OTHER GROUNDS.*